**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

EBONE JONES, on behalf of herself and all
others similarly situated,

                            Plaintiff,

               -against-

MONTEFIORE MEDICAL CENTER,
MONTEFIORE HEALTH SYSTEMS, INC.,

                   Defendants.

--------------------------------------------------------- x

**1:26-cv-1460-ALC**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

Before the Court are Defendants' motion for extension of time to file an answer (ECF 10); Plaintiff's pre-motion conference request (ECF No. 11); the Parties' joint motion to stay mediation proceedings (ECF No. 14); Defendant's pre-motion conference request (ECF No. 15); and Plaintiff's request for leave to file their First Amended Complaint (Dkt. 19).

The Parties' motion to stay mediation is **GRANTED**. Plaintiff's request for leave to file their First Amended Complaint is **GRANTED**.   Accordingly, Defendant's motion for extension of time to file an answer, ECF 10, and Defendant's request for a pre-motion conference are **DENIED** as moot.   Plaintiff's request for a pre-motion conference, ECF. 11, is DENIED without prejudice.

The parties are **ORDERED** to file a joint status report by June 10, 2026, regarding whether the Defendants intend to file a motion to dismiss the First Amended Complaint and, if so, proposing a briefing schedule.

The Clerk is respectfully directed to terminate the motions at ECF Nos. 11, 12, 14, 15, and 19.

**SO ORDERED.**

**Dated:**      **June 4, 2026**
             **New York, New York**

_____
             **ANDREW L. CARTER, JR.**
             **United States District Judge**

2